United States District Court

District of Massachusetts

|  |  |
|---|---|
| Francis Munagi, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. |
|  | ) 25-13175-NMG |
| Joseph D. McDonald, et al., | ) |
| Respondents. | ) |

ORDER

GORTON, J.

Having reviewed the pending petition for writ of habeas corpus and the opposition thereto (Docket Nos. 1 and 13), the Court directs the government to file, on or before Friday, November 28, 2025, supplemental briefing on the determination of the U.S. Citizenship and Immigration Services that there is a significant likelihood of removing petitioner to Kenya in the

reasonably foreseeable future, as required under 8 C.F.R. §241.13(i)(2).


**So ordered.**

                         /s/ Nathaniel M. Gorton
                         Nathaniel M. Gorton
                         Senior United States District Judge

Dated: November 25, 2025